



## MEMORANDUM OPINION

No. 04-12-00270-CV

**IN THE INTEREST OF K.M.M**. and K.M.L., Minor Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011EM503717
The Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  August 22, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due July 6, 2012. Neither the brief nor a motion for extension of time was filed. On July 17, 2012, this court ordered appellant to show cause in writing no later than August 1, 2012 why her appeal should not be dismissed for want of prosecution. Appellant did not respond; therefore, her appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM